UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY SHERIFF'S, et al.,<br><br>    Defendants. | Case No. 24-cv-01389-RFL<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 5 |

    Mail sent to Plaintiff was returned as undeliverable more than 60 days ago because he was not at his provided address. (Dkt. No. 7.) Accordingly, this federal civil rights action is DISMISSED without prejudice, because Plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b).

    Because this dismissal is without prejudice, Plaintiff may move to reopen the suit and have proceedings reinstated. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

    The Clerk shall enter judgment in favor of Defendant and close the file. The pending motion (Dkt. No. 5) is VACATED.

    **IT IS SO ORDERED.**

Dated: December 23, 2024

                                                                     RITA F. LIN<br>
                                                                     United States District Judge